

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    Dee Hobbs, Williamson County Attorney v. Dan A. Gattis, Williamson County Judge; Terry Cook, Cynthia Long, Valerie Covey, and Larry Madsen, County Commissioners

Appellate case number:    01-19-00025-CV

Trial court case number:    18-0903-C425

Trial court:    425th Judicial District Court of Williamson County

The motion for en banc reconsideration is **denied**.


It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
             ☐ Acting individually    ☑ Acting for the Court


Panel consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.



Date:   __December 31, 2020_____